IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02323-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  223941.54843654 TETHER,

    Defendant.

---

**NOTICE OF COMPLAINT FOR FORFEITURE**

---

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") seeking forfeiture of the above defendant asset. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in the defendant asset, you must file a Claim with the Court by **December 9, 2022**. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

    (1)    identify the specific property claimed;

    (2)    identify the claimant and state the claimant's interest in the property; and

    (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the asset in this case by sending documentation to the Drug Enforcement

Administration, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States Magistrate Judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Kurt J. Bohn<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant asset to the United States.**

DATED this 4th day of November 2022.

                                            Respectfully submitted,

                                            COLE FINEGAN
                                            United States Attorney

                              By:  *s/ Kurt J. Bohn*
                                            Kurt J. Bohn
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            1801 California St., Ste 1600
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            E-mail: kurt.bohn@usdoj.gov
                                            *Attorney for the United States*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of November 2022, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form* with Instructions were sent via FedEx to:

Binance Holdings Limited
23 Lime Tree Bay Avenue, #5-204
George Town, Cayman Islands, KY1-1104
**FedEx tracking no. 7704 0699 1059**

Jose Ashlan Zetune Martinez
c/o Binance Holdings Limited
23 Lime Tree Bay Avenue, #5-204
George Town, Cayman Islands, KY1-1104
**FedEx tracking no. 7704 0691 8619**

Jose Ashlan Zetune Martinez
C Fuente De Troya 8
Col Lomas De Tecamachalco 52780
Huixquilucan, Mexico
**FedEx tracking no. 7704 0662 8828**

Jose Ashlan Zetune Martinez
Av. Miguel Bernard #680
Interior 401 Colonia U Hab
Mediterraneo II, Gustav A. Madero 07320
Ciudad de Mexico, Mexico
**FedEx tracking no. 7704 0650 9705**

                s/ *Jason Haddock*
                FSA Paralegal
                U.S. Attorney's Office